ago, the Court's haste is hard to understand. I would grant a stay at least until the Court has had an opportunity to review the record and to consider the parties' arguments.

NOVEMBER 22, 2011

No. 10–218. PPL MONTANA, LLC v. MONTANA. Sup. Ct. Mont. [Certiorari granted, 564 U. S. 1018.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 10–1150. MAYO COLLABORATIVE SERVICES, DBA MAYO MEDICAL LABORATORIES, ET AL. v. PROMETHEUS LABORATORIES, INC. C. A. Fed. Cir. [Certiorari granted, 564 U. S. 1018.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 10–1293. FEDERAL COMMUNICATIONS COMMISSION ET AL. v. FOX TELEVISION STATIONS, INC., ET AL.; and FEDERAL COMMUNICATIONS COMMISSION ET AL. v. ABC, INC., ET AL. C. A. 2d Cir. [Certiorari granted, 564 U. S. 1036.] Motion of respondents for divided argument granted. JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion.

No. 10–1399. ROBERTS v. SEA-LAND SERVICES, INC., ET AL. C. A. 9th Cir. [Certiorari granted, 564 U. S. 1066.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 10–8505. WILLIAMS v. ILLINOIS. Sup. Ct. Ill. [Certiorari granted, 564 U. S. 1052.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

NOVEMBER 28, 2011

No. 10–11113. FULLER v. UNITED STATES. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Sykes* v. *United States,* 564 U. S. 1 (2011).